No opinion. Motion for reargument denied, without costs.

MARINO, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Rocco Marino against the Interurban Street Railway Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

MARTIN, Respondent, v. AMBROSE A. GAVIGAN CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Francis P. Martin against the Ambrose A. Gavigan Company and the Dominican Convent of Our Lady of the Rosary. No opinion. Appeal dismissed, with costs.

MARTIN, Appellant, v. TIMM et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by Winslow S. Martin against John W. Timm and Ernestine Timm. No opinion. Judgment affirmed, with costs.

MARYLAND CASUALTY CO., Respondent, v. BURNETTE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by the Maryland Casualty Company against William C. Burnette. No opinion. Judgment affirmed, with costs.

In re MAYOR, ETC., OF CITY OF NEW YORK. In re ELM ST. (Supreme Court, Appellate Division, First Department. March 25, 1904.) In the matter of the mayor, etc., of the city of New York. In the matter of Elm street. J. A. Deering, for appellant. J. P. Dunn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 72 N. Y. Supp. 378.

In re MEAGHER. (Supreme Court, Appellate Division, First Department. April 15, 1904.) In the matter of William J. Meagher. No opinion. Attorney suspended for five years. Memorandum per curiam.

MEAGHER, Appellant, v. TUNIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by Mark C. Meagher against Oliver Lyman Tunis and Julia B. Tunis. No opinion. Interlocutory judgment affirmed, with costs, on the authority of Gilbert v. York, 111 N. Y. 544, 19 N. E. 268.

MEIGGS, Appellant, v. HOAGLAND, Respondent. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Mary A. Meiggs against Raymond Hoagland. No opinion. Judgment affirmed, with costs.

MEISEN, Respondent, v. ROTHFELD, Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by Michael F. Meisen against Isaac Rothfeld. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

MILES, Respondent, v. FRANCIS H. LEGGETT & CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by William O. Miles against Francis H. Leggett & Co. No opinion. Judgment of the Municipal Court affirmed, by default, with costs.

MILLER, Respondent, v. SENECA RIVER POWER CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 5, 1904.) Action by John Charles Miller against the Seneca River Power Company and others. PER CURIAM. Judgment and order affirmed, with costs. WILLIAMS and HISCOCK, JJ., dissent.

MINER, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Lillie Miner against the Delaware, Lackawanna & Western Railroad Company. PER CURIAM. Judgment and order affirmed, with costs. WILLIAMS, J., dissents.

MINER, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Lillie Miner against the Delaware, Lackawanna & Western Railroad Company. PER CURIAM. Order denying motion to set aside verdict affirmed, with $10 costs and disbursements. WILLIAMS, J., dissents.

MONTANYE, Respondent, v. MONTANYE, Appellant. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by Susie E. Montanye, as administratrix, against George E. Montanye, impleaded. W. B. Seabury, for appellant. T. M. Roulette, for respondent. No opinion. Judgment affirmed, with costs.

In re MORRISON. (Supreme Court, Appellate Division, Third Department. March 15, 1904.) In the matter of the application of George H. Morrison to be restored to practice as an attorney and counselor at law, under section 67 of the Code of Civil Procedure. PER CURIAM. Motion denied. CHESTER, J., dissents.